No. 05–51. BUSTILLO v. JOHNSON, DIRECTOR, VIRGINIA DE-PARTMENT OF CORRECTIONS. Sup. Ct. Va. Motion of petitioner in No. 04–10566 for leave to proceed *in forma pauperis* granted. Certiorari in No. 04–10566 granted limited to Questions 1 and 2 presented by the petition. Certiorari in No. 05–51 granted limited to Question 1 presented by the petition. Cases consolidated, and a total of one hour allotted for oral argument. 

No. 05–128. HOWARD DELIVERY SERVICE, INC., ET AL. v. ZURICH AMERICAN INSURANCE CO. C. A. 4th Cir. Certiorari granted.

No. 05–184. HAMDAN v. RUMSFELD, SECRETARY OF DEFENSE, ET AL. C. A. D. C. Cir. Certiorari granted. THE CHIEF JUS-TICE took no part in the consideration or decision of this petition.

No. 04–10456. DELEON v. TEXAS. Ct. App. Tex., 7th Dist. Certiorari denied.

No. 04–10510. WAGES v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04–10577. MEDLEY v. TEXAS. Ct. App. Tex., 7th Dist. Certiorari denied.

No. 05–40. MCSALLY v. RUMSFELD, SECRETARY OF DEFENSE. C. A. D. C. Cir. Certiorari denied.

No. 05–166. KRAUSE, DBA SPECIAL-T SOFTWARE v. TITLESERV, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 05–167. BP CARE, INC. v. LEAVITT, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 6th Cir. Certio-rari denied.

No. 05–181. CONEY v. UNITED STATES. C. A. 7th Cir. Cer-tiorari denied.

No. 05–196. TRIPLETT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.